ALMERON SWART, an Infant, by ELLA L. HOUGHAM, his Guardian ad Litem, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Swart* v. *N. Y. C. & H. R. R. R. Co.*, 81 App. Div. 402, affirmed.
(Argued November 30, 1903; decided December 15, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

34

March 19, 1903, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial.

*William S. Jenney* for appellant.

*Albert H. Harris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, CULLEN and WERNER, JJ. Not sitting: GRAY, J. Dissenting: MARTIN, J.